# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Jacksonville Division

**ERICKA M. BYRD, KEMONE BROOKS, QUANTEZ MOORE, and EARNESTINE LAWSON, on behalf of themselves and on behalf of others who are similarly situated,**
**Plaintiffs**

Case No.: 3:23-cv-00266

v.

**JWB PROPERTY MANAGEMENT, LLC and JWB REAL ESTATE CAPITAL, LLC**
    **Defendants.**

## PLAINITFFS' DISCLOSURE STATEMENT

Pursuant to Local Rule 3.03, I hereby disclose the following:

(1) each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome;

Plaintiffs: Ericka Byrd, Kemone Brooks, Quantez Moore, Earnestine Lawson and putative class members; Attorneys for Plaintiff: Jacksonville Area Legal Aid, Suzanne Garrow and Adam Thoresen; Defendants: JWB Property Management, LLC, JWB Real Estate Capital, LLC;  Attorneys for Defendant: are unknown at this time.

(2) each entity with publicly traded shares or debt potentially affected by the outcome;

None.

(3) each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee;

None.

(4) each person arguably eligible for restitution.

Plaintiffs: Ericka Byrd, Kemone Brooks, Quantez Moore, Earnestine Lawson and putative class members.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

*/s/ Suzanne Garrow*
Jacksonville Area Legal Aid
Suzanne Garrow
Fla. Bar No.: 122184
Adam Thoresen
Fla. Bar No. 57675

Jacksonville Area Legal Aid
126 West Adams Street
Jacksonville, FL 32202
(904) 356-8371 Ext.374
(904) 405-1976 Fax
suzanne.garrow@jaxlegalaid.org

## CERTIFICATE OF SERVICE

    I hereby certify that on March 10, 2023, I electronically filed and thereby served the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Suzanne Garrow*
Attorney for Plaintiff