# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ERICKA M. BYRD, KEMONE BROOKS, QUANTEZ MOORE, and ERNESTINE LAWSON, on behalf of themselves and on behalf of others who are similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JWB PROPERTY MANAGEMENT, LLC and JWB REAL ESTATE CAPITAL, LLC, <br><br> Defendants. | Case No.: 3:23-cv-266 |

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants, JWB PROPERTY MANAGEMENT, LLC and JWB REAL ESTATE CAPITAL, LLC, make the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   None.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

0249075\201968\12737999v1

Not applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    Ericka Byrd
    Kemone Brooks
    Quantez Moore
    Earnestine Lawson
    Jacksonville Area Legal Aid
    Suzanne Garrow, Esquire
    Adam Thoresen, Esquire
    JWB Property Management, LLC
    JWB Real Estate Capital, LLC
    Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
    Rebecca E. Rhoden, Esquire
    Michael D. Piccolo, Esquire

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None.

6. Identify each person arguably eligible for restitution:

    None.

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in

this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED:  April 4, 2023.

                         /s/ Rebecca E. Rhoden
                         **Rebecca E. Rhoden, Esquire**
                         Florida Bar No. 0019148
                         **Michael D. Piccolo, Esquire**
                         Florida Bar No. 1003505
                         LOWNDES, DROSDICK, DOSTER,
                         KANTOR & REED, P.A.
                         215 North Eola Drive
                         Post Office Box 2809
                         Orlando, Florida 32802-2809
                         rebecca.rhoden@lowndes-law.com
                         michael.piccolo@lowndes-law.com
                         tina.althoff@lowndes-law.com
                         litcontrol@lowndes-law.com
                         Telephone:  (407) 843-4600
                         *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of April 2023, I electronically field the foregoing document with the Clerk of Court via CM/ECF which will send notice of such filing to all counsel of record.

                         /s/ Rebecca E. Rhoden
                         **Rebecca E. Rhoden, Esquire**