# U.S. District Court
# Middle District of Florida (Jacksonville)
# CIVIL DOCKET FOR CASE #: 3:23-cv-00266-BJD-JBT
# Internal Use Only

Byrd et al v. JWB Property Management, LLC. et al
Assigned to: Judge Brian J. Davis
Referred to: Magistrate Judge Joel B. Toomey
Demand: $100,000
Cause: 42:1981 Housing Discrimination

Date Filed: 03/09/2023
Jury Demand: Plaintiff
Nature of Suit: 443 Civil Rights: Accommodations
Jurisdiction: Federal Question

**Plaintiff**

**Ericka M. Byrd**
*on behalf of others who are similarly situated*

represented by **Adam Thoresen**
Jacksonville Area Legal Aid, Inc.
126 West Adams Street
Jacksonville, FL 32202
904/356-8371, ext. 202
Fax: 904/244-1587
Email: adam.thoresen@jaxlegalaid.org
*ATTORNEY TO BE NOTICED*

**Suzanne Garrow**
Jacksonville Area Legal Aid, Inc.
126 West Adams Street
Jacksonville, FL 32202
904/356-8371
Email: suzanne.garrow@jaxlegalaid.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kemone Brooks**
*on behalf of others who are similarly situated*

represented by **Adam Thoresen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne Garrow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Quantez Moore**
*on behalf of others who are similarly situated*

represented by **Adam Thoresen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne Garrow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Earnestine Lawson**<br>*on behalf of others who are similarly situated* | represented by | **Adam Thoresen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Suzanne Garrow**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **JWB Property Management, LLC.** | represented by | **Rebecca E. Rhoden**<br>Lowndes, Drosdick, Doster, Kantor & Reed, PA<br>215 N Eola Dr<br>Orlando, FL 32801<br>407/843-4600<br>Fax: 407/843-4444<br>Email: rebecca.rhoden@lowndes-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael David Piccolo**<br>Lowndes, Drosdick, Doster, Kantor & Reed, PA<br>215 N Eola Dr<br>Orlando, FL 32801<br>407-418-6287<br>Email: michael.piccolo@lowndes-law.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **JWB Real Estate Capital, LLC** | represented by | **Rebecca E. Rhoden**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael David Piccolo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2023 | [1](#) | COMPLAINT against All Defendants with Jury Demand (Filing fee $402 receipt number AFLMDC-20594975) filed by All Plaintiffs. (Attachments: # [1](#) Civil Cover Sheet, # [2](#) Proposed Summons JWB Property Management LLC, # [3](#) Proposed Summons JWB Real Estate Capital LLC)(Garrow, Suzanne) (Entered: 03/09/2023) |
| 03/10/2023 | [2](#) | CERTIFICATE of interested persons and corporate disclosure statement by Kemone Brooks, Ericka M. Byrd, Earnestine Lawson, Quantez Moore. (Garrow, Suzanne) (Entered: 03/10/2023) |

| | | |
|---|---|---|
| 03/10/2023 | 3 | NEW CASE ASSIGNED to Judge Brian J. Davis and Magistrate Judge Joel B. Toomey. New case number: 3:23-cv-266-BJD-JBT. (MLJ) (Entered: 03/10/2023) |
| 03/10/2023 | 4 | NOTICE of Appearance by Adam Thoresen on behalf of Kemone Brooks, Ericka M. Byrd, Earnestine Lawson, Quantez Moore (Thoresen, Adam) (Entered: 03/10/2023) |
| 03/10/2023 | 5 | SUMMONS issued as to JWB Real Estate Capital, LLC. (JDR) (Entered: 03/10/2023) |
| 03/10/2023 | 6 | SUMMONS issued as to JWB Property Management, LLC. (JDR) (Entered: 03/10/2023) |
| 03/14/2023 | 7 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (CKS) (Entered: 03/14/2023) |
| 03/23/2023 | 8 | PROOF of service by Kemone Brooks, Ericka M. Byrd, Earnestine Lawson, Quantez Moore (Garrow, Suzanne) (Entered: 03/23/2023) |
| 03/23/2023 | 9 | PROOF of service by Kemone Brooks, Ericka M. Byrd, Earnestine Lawson, Quantez Moore (Garrow, Suzanne) (Entered: 03/23/2023) |
| 04/04/2023 | 10 | Unopposed MOTION for Extension of Time to File Response to Class Action Complaint and Demand for Jury Trial by JWB Property Management, LLC., JWB Real Estate Capital, LLC. (Rhoden, Rebecca) Motions referred to Magistrate Judge Joel B. Toomey. (Entered: 04/04/2023) |
| 04/04/2023 | 11 | CORPORATE Disclosure Statement by JWB Property Management, LLC., JWB Real Estate Capital, LLC. (Rhoden, Rebecca) (Entered: 04/04/2023) |
| 04/04/2023 | 12 | NOTICE of Appearance by Rebecca E. Rhoden on behalf of JWB Property Management, LLC., JWB Real Estate Capital, LLC (Rhoden, Rebecca) (Entered: 04/04/2023) |
| 04/04/2023 | 13 | NOTICE of Appearance by Michael David Piccolo on behalf of JWB Property Management, LLC., JWB Real Estate Capital, LLC (Piccolo, Michael) (Entered: 04/04/2023) |
| 04/05/2023 | 14 | **ENDORSED ORDER granting 10 Defendants' Unopposed Motion for Extension of Time to Respond to Class Action Complaint and Demand for Jury Trial [ECF No. 1]. Defendants shall have up to and including April 21, 2023 to respond to the Class Action Complaint and Demand for Jury Trial 1. Signed by Magistrate Judge Joel B. Toomey on 4/5/2023. (TSP)** (Entered: 04/05/2023) |
| 04/20/2023 | 15 | ANSWER and affirmative defenses to 1 Complaint, by JWB Property Management, LLC., JWB Real Estate Capital, LLC.(Rhoden, Rebecca) (Entered: 04/20/2023) |
| 05/08/2023 | 16 | CASE MANAGEMENT REPORT. (Garrow, Suzanne) (Entered: 05/08/2023) |