UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERICKA M. BYRD, KEMONE BROOKS, QUANTEZ MOORE, and ERNESTINE LAWSON, on behalf of themselves and on behalf of others who are similarly situated,

    Plaintiffs,

v.   Case No. 3:23-cv-00266-BJD-JBT

JWB PROPERTY MANAGEMENT, LLC and JWB REAL ESTATE CAPITAL, LLC,

    Defendants.
_____/

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL [DOC. 20]**

Defendants, JWB PROPERTY MANAGEMENT, LLC ("JPM") and JWB REAL ESTATE CAPITAL, LLC ("JREC"), by and through their undersigned attorneys, and pursuant to Federal Rules of Civil Procedure 8 and 12(a)(4), hereby answer and raise affirmative defenses to Plaintiffs, ERICKA M. BYRD, KEMONE BROOKS, QUANTEZ MOORE, and ERNESTINE LAWSON'S, *First Amended Class Action Compliant and Demand for Jury Trial* [Doc. 20] (the "Amended Complaint"), and state as follows:

1

## I. DEFENDANTS' ANSWER TO THE AMENDED COMPLAINT

In paragraphs numbered to correspond to the numbered paragraphs of the Amended Complaint, Defendants answer the Amended Complaint as follows:

### NATURE OF ACTION

1. Admitted that JPM does business as JWB Rental Homes and rents and manages homes in Duval County, Florida. Otherwise, denied.

2. Admitted that JREC owns rental property in Duval County, and that JPM leases rental homes owned or managed by Defendants and engages tenant screening companies such as SAFERENT SOLUTIONS, LLC ("SafeRent") to provide tenant screening services in advance of renting homes to prospective tenants. Otherwise, denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Without knowledge. Therefore, denied.

8. Denied.

9. Without knowledge. Therefore, denied.

10. Without knowledge. Therefore, denied.

11. Without knowledge. Therefore, denied.

12. Without knowledge. Therefore, denied.

13. Without knowledge. Therefore, denied.

14. Without knowledge. Therefore, denied.

15. Without knowledge. Therefore, denied.

16. Without knowledge. Therefore, denied.

17. Without knowledge. Therefore, denied.

18. Without knowledge. Therefore, denied.

19. Without knowledge. Therefore, denied.

20. Denied.

21. Denied.

22. Denied.

## JURISDICTION AND VENUE

23. Admitted.

24. Admitted.

25. Admitted.

## PARTIES

26. Without knowledge. Therefore, denied.

27. Denied.

28. Without knowledge. Therefore, denied.

29. Denied.

30. Without knowledge. Therefore, denied.

31. Denied.

32. Without knowledge. Therefore, denied.

33. Denied.

34. Admitted.

35. Admitted.

36. Admitted that JPM is a property management company. Otherwise, denied.

37. Admitted that JPM maintains a website under the name JWB Rental Homes and that said website speaks for itself. Otherwise, denied.

38. Admitted that the website speaks for itself. Otherwise, denied.

39. Admitted JPM manages rental properties. Otherwise, denied.

40. Denied.

## FACTUAL ALLEGATIONS

41. Denied.

42. Denied.

43. Admitted that the website speaks for itself. Otherwise, denied.

44. Admitted that the website speaks for itself. Otherwise, denied.

45. Admitted that the website speaks for itself. Otherwise, denied.

46. Admitted that the website speaks for itself. Otherwise, denied.

47. Admitted that the website speaks for itself. Otherwise, denied.

48. Admitted that the website speaks for itself. Otherwise, denied.

49. Admitted that the website speaks for itself. Otherwise, denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Admitted that the website speaks for itself. Otherwise, denied.

59. Admitted.

60. Without knowledge. Therefore, denied.

61. Admitted that JPM has engaged other tenant screening companies at times in the past. Otherwise, denied.

62. Admitted that SafeRent provides a Registry Check report. Otherwise, denied.

63. Admitted that the Registry Check reports speak for themselves. Otherwise, denied.

64. Denied.

65. Without knowledge. Therefore, denied.

66. Denied.

67. Denied.

68. Denied.

69. Without knowledge. Therefore, denied.

70. Without knowledge. Therefore, denied.

71. Without knowledge. Therefore, denied.

72. Denied.

73. Without knowledge. Therefore, denied.

74. Without knowledge. Therefore, denied.

75. Without knowledge. Therefore, denied.

76. Denied.

77. Without knowledge. Therefore, denied.

78. Denied.

79. Without knowledge. Therefore, denied.

80. Admitted.

81. Denied.

82. Without knowledge. Therefore, denied.

83. Without knowledge. Therefore, denied.

84. Denied.

85. Denied.

86. Admitted.

87. Without knowledge. Therefore, denied.

88. Denied.

89. Without knowledge. Therefore, denied.

90. Without knowledge. Therefore, denied.

91. Without knowledge. Therefore, denied.

92. Denied.

93. Without knowledge. Therefore, denied.

94. Denied.

95. Without knowledge. Therefore, denied.

96. Denied.

97. Admitted.

98. Without knowledge. Therefore, denied.

99. Admitted.

100. Without knowledge, therefore, denied.

101. Admitted.

102. Admitted that the SafeRent report speaks for itself. Otherwise, denied.

103. Denied.

104. Admitted that JPM implements a "Second Chance Program". Otherwise, denied.

105. Admitted that the website speaks for itself. Otherwise, denied.

106. Admitted that the website speaks for itself. Otherwise, denied.

107. Denied.

108. Denied.

109. Without knowledge. Therefore, denied.

110. Without knowledge. Therefore, denied.

111. Without knowledge. Therefore, denied.

112. Without knowledge. Therefore, denied.

113. Without knowledge. Therefore, denied.

114. Without knowledge. Therefore, denied.

115. Without knowledge. Therefore, denied.

116. Without knowledge. Therefore, denied.

117. Without knowledge. Therefore, denied.

118. Without knowledge. Therefore, denied.

119. Without knowledge. Therefore, denied.

120. Denied.

121. Without knowledge. Therefore, denied.

122. Without knowledge. Therefore, denied.

123. Without knowledge. Therefore, denied.

124. Denied.

## CLASS ACTION ALLEGATIONS

125. Admitted that Plaintiffs have brought a class-action lawsuit. Otherwise, denied.

126. Without knowledge. Therefore, denied.

127. Without knowledge. Therefore, denied.

128. Without knowledge. Therefore, denied.

129. Without knowledge. Therefore, denied.

130. Without knowledge. Therefore, denied.

131. Without knowledge. Therefore, denied.

132. Without knowledge. Therefore, denied.

133. Without knowledge. Therefore, denied.

134. Without knowledge. Therefore, denied.

135. Without knowledge. Therefore, denied

136. Denied.

137. Without knowledge. Therefore, denied.

138. Without knowledge. Therefore, denied.

139. Without knowledge. Therefore, denied.

## CAUSE OF ACTION

## FAIR HOUSING ACT, 42 U.S.C. § 3604 et seq.

140. Admitted that Plaintiffs make the allegations set forth in paragraph 140. Otherwise, denied.

141. Denied.

142. Denied.

143. Without knowledge. Therefore, denied.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Denied.

## PRAYER FOR RELIEF

Denied that Plaintiffs or the purported class members are entitled to any judgment or relief in their favor. Any of Plaintiffs' allegations in the Amended Complaint that Defendants have not expressly admitted are hereby denied.

## II. DEFENDANTS' CLAIM FOR ATTORNEYS' FEES AND COSTS

Pursuant to applicable law, including, without limitation, 42 U.S.C. § 3613, Defendants are entitled to recover from Plaintiffs the reasonable attorneys' fees and costs incurred by Defendants in defending against this action.

### III. DEFENDANTS' AFFIRMATIVE DEFENSES TO THE AMENDED COMPLAINT

**First Affirmative Defense.** Defendants' leasing policies do not robustly cause racial imbalance, if any such imbalance exists.

**Second Affirmative Defense.**  Defendants have substantial, legitimate, and non-discriminatory reasons for their leasing policies, and there is no alternative that has a less disparate impact and serves Defendants' legitimate needs.

**Third Affirmative Defense.**  Plaintiffs failed to mitigate their damages, if any.

**Fourth Affirmative Defense.** The Complaint fails to state a claim or cause of action against Defendants for injunctive relief, and fails to allege the facts necessary for the elements of this claim.

**Fifth Affirmative Defense.**  Plaintiffs have not sustained any injuries or damages proximately or actually caused by Defendants.

**Sixth Affirmative Defense.**  The Complaint fails to state facts sufficient to constitute a valid claim for monetary damages.

**Seventh Affirmative Defense.**  The Complaint fails to state facts sufficient to constitute a valid claim for monetary damages.

### IV. DEFENDANTS' RESERVATION OF RIGHTS

Defendants reserve their right to raise any additional defenses, affirmative or otherwise, that may become apparent through discovery in the course of this action.

Filed this 17th day of June 2024.

                        */s/ Rebecca E. Rhoden*
                        **Rebecca E. Rhoden**
                        Florida Bar No. 0019148
                        **Michael D. Piccolo**
                        Florida Bar No. 1003505
                        **Lowndes, Drosdick, Doster, Kantor & Reed, P.A.**
                        215 North Eola Drive
                        Orlando, Florida 32802-2809
                        Telephone: (407) 843-4600
                        rebecca.rhoden@lowndes-law.com
                        michael.piccolo@lowndes-law.com
                        tina.althoff@lowndes-law.com
                        litcontrol@lowndes-law.com

                        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 17th day of June 2024, I electronically field the foregoing document with the Clerk of Court via CM/ECF which will send notice of such filing to all counsel of record.

                        */s/ Rebecca E. Rhoden*
                        **Rebecca E. Rhoden**