# Exhibit 1

**SERVICE OF COURT DOCUMENTS; CASE NO.: 3:23-CV-00266-BJD-JBT; ERICKA M. BYRD ET AL V. JWB PROPERTY MANAGEMENT, LLC ET AL.**

Althoff, Tina L. <tina.althoff@lowndes-law.com>
Mon 5/15/2023 5:12 PM

To: Adam Thoresen <Adam.Thoresen@jaxlegalaid.org>;Alexis Erdelyi <Alexis.Erdelyi@jaxlegalaid.org>;**Consumer Pleadings <jalaconsumer@jaxlegalaid.org>**;Suzanne Garrow <Suzanne.Garrow@jaxlegalaid.org>;**Housing Pleadings <housingpleadings@jaxlegalaid.org>**;Darneshia Pitchford-Hunt <Darneshia.Pitchford-Hunt@jaxlegalaid.org>
Cc: Rhoden, Rebecca <rebecca.rhoden@lowndes-law.com>;Piccolo, Michael <michael.piccolo@lowndes-law.com>;Althoff, Tina L. <tina.althoff@lowndes-law.com>

1 attachments (537 KB)
Defendants' Rule 26(a)(1) Disclosures.pdf;

| Court | United States District Court, Middle District of Florida, Jacksonville Division |
|---|---|
| Case No. | 3:23-cv-00266-BJD-JBT |
| Parties | ERICKA M. BYRD, KEMONE BROOKS, QUANTEZ MOORE, and ERNESTINE LAWSON, on behalf of themselves and on behalf of others who are similarly situated v. JWB PROPERTY MANAGEMENT, LLC and JWB REAL ESTATE CAPITAL, LLC |
| Document(s) | **DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES** |
| Attorney | Rebecca E. Rhoden, Esquire<br><br>Telephone:  (407) 843-4600<br><br>rebecca.rhoden@lowndes-law.com |

**Tina L. Althoff**
*Legal Assistant to H. Gregory McNeill, Rebecca E. Rhoden and Michael D. Piccolo*
**D:** 407.418.6350| P: 407.843.4600  | Ext: 1350
Email | Website

**Notice of Confidentiality:** This e-mail communication and the attachment(s) hereto, if any, are intended solely for the information and use of the addressee(s) identified above and may contain information which is legally privileged from disclosure and/or otherwise confidential. If a recipient of this e-mail communication is not an addressee (or an authorized representative of an addressee), such recipient is hereby advised that any review, disclosure, reproduction, re-transmission or other dissemination or use of this e-mail communication (or any information contained herein) is strictly prohibited. If you are not an addressee and have received this e-mail communication in error, please advise the sender of that circumstance either by reply e-mail or by telephone at (800) 356-6818, immediately delete this e-mail communication from any computer and destroy all physical copies of same.

**Replies Filtered:** Any incoming reply to this e-mail communication or other e-mail communication to us will be electronically filtered for "spam" and/or "viruses." That filtering process may result in such reply or other e-mail communications to us being quarantined (i.e., potentially not received at our site at all) and/or delayed in reaching us. For that reason, we cannot guarantee that we will receive your reply or other e-mail communications to us and/or that we will receive the same in a timely manner. Accordingly, you should consider sending communications to us which are particularly important or time-sensitive by means other than e-mail.

[v4.30]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERICKA M. BYRD, KEMONE BROOKS, QUANTEZ MOORE, and ERNESTINE LAWSON, on behalf of themselves and on behalf of others who are similarly situated,

      Plaintiffs,

v.                                            Case No. 3:23-cv-00266-BJD-JBT

JWB PROPERTY MANAGEMENT, LLC and JWB REAL ESTATE CAPITAL, LLC,

      Defendants.
_____/

**DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

Defendants, JWB PROPERTY MANAGEMENT, LLC ("JPM") and JWB REAL ESTATE CAPITAL, LLC ("JREC"), by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 26(a)(1), hereby make their initial disclosures pursuant to Rule 26(a)(1), and reserve their right to supplement or correct the same pursuant to Rule 26(e).

1

I.  **Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

   A. <u>JPM's Corporate Representative(s)</u>: c/o Rebecca E. Rhoden, Esq. and Michael D. Piccolo, Esq., 215 North Eola Drive, Orlando, Florida 32801, 407-843-4600; has knowledge concerning some of Plaintiffs, ERICKA M. BYRD, KEMONE BROOKS, QUANTEZ MOORE, and ERNESTINE LAWSON'S, allegations in their *Class Action Complaint and Demand for Jury Trial* (Doc. 1) (the "Complaint"), and Defendants' responses and defenses thereto.

   B. <u>JREC's Corporate Representative(s)</u>: c/o Rebecca E. Rhoden, Esq. and Michael D. Piccolo, Esq., 215 North Eola Drive, Orlando, Florida 32801, 407-843-4600; has knowledge concerning some of Plaintiffs' allegations in the Complaint, and Defendants' responses and defenses thereto.

   C. <u>Adam Eiseman</u>: c/o Rebecca E. Rhoden, Esq. and Michael D. Piccolo, Esq., 215 North Eola Drive, Orlando, Florida 32801, 407-843-4600; has knowledge concerning some of Plaintiffs' allegations in the Complaint, and Defendants' responses and defenses thereto.

   D. <u>AJ Fuller</u>: c/o Rebecca E. Rhoden, Esq. and Michael D. Piccolo, Esq., 215 North Eola Drive, Orlando, Florida 32801, 407-843-4600; has knowledge concerning some of Plaintiffs' allegations in the Complaint, and Defendants' responses and defenses thereto.

   E. <u>Melissa Gillispie</u>: c/o Rebecca E. Rhoden, Esq. and Michael D. Piccolo, Esq., 215 North Eola Drive, Orlando, Florida 32801, 407-843-4600; has knowledge concerning some of Plaintiffs' allegations in the Complaint, and Defendants' responses and defenses thereto.

   F. Individuals who Plaintiffs identify in their Rule 26(a) Initial Disclosures as having knowledge concerning some of Plaintiffs' allegations in the Complaint, and Defendants' responses and defenses thereto.

G. Individuals who Plaintiffs identify in Plaintiffs' responses to Defendants' forthcoming discovery requests as having knowledge concerning some of Plaintiffs' allegations in the Complaint, and Defendants' responses and defenses thereto.

H. Individuals identified in Defendants' responses to Plaintiffs' forthcoming discovery requests (if any) as having knowledge concerning some of Plaintiffs' allegations in the Complaint, and Defendants' responses and defenses thereto.

I. Individuals identified in any document produced in this case who have knowledge concerning some of Plaintiffs' allegations in the Complaint and Defendants' responses and defenses thereto

**II.  Rule 26(a)(1)(A)(ii): A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Plaintiffs have not yet propounded any discovery requests on Defendants. Defendants are beginning to locate documents that may be relevant to Plaintiff's claims or Defendants' affirmative defenses. Defendants will disclose relevant documents that are not privileged or otherwise protected from disclosure as they become known.

3

**III.    Rule 26(a)(1)(A)(iii): A computation of each category of damages claimed by the disclosing party — who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Defendants are not presently seeking damages against Plaintiffs. Notwithstanding, Defendants have and will continue to incur attorneys' fees in defending against Plaintiffs' claims in this action.

**IV.    Rule 26(a)(1)(A)(iv): For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

<u>Insurer</u>: Certain Underwriters at Lloyd's, London

<u>Insured</u>: JPM

<u>Effective Date</u>: 10/21/2022

<u>Policy Number</u>: 0000-00330113C

4

Served this 15th day of May 2023.

/s/ *Rebecca E. Rhoden*
**Rebecca E. Rhoden, Esq.**
Florida Bar No. 0019148
**Michael D. Piccolo, Esq.**
Florida Bar No. 1003505
**Lowndes, Drosdick, Doster, Kantor & Reed, P.A.**
215 North Eola Drive
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
rebecca.rhoden@lowndes-law.com
michael.piccolo@lowndes-law.com
tina.althoff@lowndes-law.com
litcontrol@lowndes-law.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2023, a true and correct copy of the foregoing was sent to all counsel of record via email.

/s/ *Rebecca E. Rhoden*
**Rebecca E. Rhoden, Esq.**