# Exhibit 2

```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    JACKSONVILLE, FLORIDA
```

ERICKA M. BYRD,                CASE NO.: 3:23-CV-266
KEMONE BROOKS,
QUANTEZ MOORE and
EARNESTINE LAWSON on behalf of
themselves and on behalf of
others who are similarly situated,

    Plaintiffs.

v.

JWB PROPERTY MANAGEMENT, LLC, and
JWB REAL ESTATE CAPITAL,

    Defendants.
_____/

**DEPOSITION OF A.J. FULLER**

DATE:   Thursday, December 7, 2023

TIME:   11:00 a.m. - 2:12 p.m.

PLACE:  Jacksonville Area Legal Aid
       126 West Adams Street
       Jacksonville, Florida 32203

Examination of the witness taken by:
Mark Chitty, Court Reporter

FIRST COAST COURT REPORTERS
2442 ATLANTIC BOULEVARD
JACKSONVILLE, FLORIDA  32207  (904)396-1050

```
 1                   A P P E A R A N C E S

 2

 3    ADAM THORESEN, Esquire
      SUZANNE GARROW, Esquire
 4
           Jacksonville Area Legal Aid
 5         126 West Adams Street, Suite 101
           Jacksonville, Florida 32202
 6         (904)356-8371
           suzanne.garrow@jaxlegalaid.org
 7
           For the Plaintiffs.
 8

 9    MICHAEL D. PICCOLO, Esquire

10         Lowndes, Drosdick, Doster, Kantor &
           Reed, P.A.
11         Post Office 2809
           Orlando, Florida 32802
12         (407)843-4600
           michael.piccolo@lowndes-law.com
13
           For the Defendants.
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          A    Yes.
 2          Q    Okay.  No matter what property the
 3     prospective tenant or the lead is trying to
 4     rent, they would be evaluated under the same
 5     criteria?
 6          A    Yes.
 7          Q    Whether it's JWB- or client-owned?
 8          A    Yes, that is correct.
 9          Q    I'm looking down on the page number
10     194, the first page here, and it says, about a
11     third of the way from the top, "Last updated
12     May 12th, 2023, by A. Fuller 3."  I'm assuming
13     that's you?
14          A    Yes, that is correct.
15          Q    Okay.  When it says "updated," what
16     does that mean?
17          A    Decision points changed.
18          Q    Okay.  The decision points, were they
19     changed after one of those meetings you
20     described with your CEO and the director?
21          A    Yes, that is correct.
22          Q    Okay.  I know you just told me some of
23     the historical changes that you guys have made
24     in the decision points and which ones are
25     automatic accepts or which ones are denies.
```

```
 1      Are those old decision points written down
 2      anywhere?
 3              Are they kept somewhere where I could
 4      see the historical levels?
 5      A    I don't know.
 6      Q    Okay.  Do you typically change them in
 7      May?
 8      A    We like to do them sooner.  This one
 9      took a little while to get to.  There was a lot
10      of data to filter through, but we'd like to do
11      them a little sooner, if at all.
12      Q    Okay.  (Pausing.)
13              There's something that I wanted to ask
14      you about.  So in the fourth box down on the
15      right-hand side, it says, "Double deposit for
16      MFU, high risk, decline all other properties."
17      What does that mean?
18      A    Yes.  Typically -- that's the new
19      bucket; I believe that's what we added in May
20      -- anybody previously below 350 would've come
21      back as a decline.
22              I made a case, successfully, that we
23      could open up another bucket and just make
24      everybody 300 or below a decline.  Basically,
25      we made everybody that was from 300 to 350,
```

```
 1    alert," who decides whether it says one or the
 2    other?
 3         A    We ultimately decide; however, it did
 4    come from SafeRent, obviously with some of
 5    their standards.  Most of these were MDO with
 6    alert and we switched most of this to alert
 7    only.
 8         Q    Okay.  Who decided on the timeframe of
 9    48 months?
10         A    We did.
11         Q    Why?
12         A    When I first started, we looked at
13    anything in the last seven years.  We tracked
14    that data on how people performed.  We made a
15    few exceptions for people within the seven
16    years to see how they performed.  They
17    performed marvelously, so we shortened the time
18    to five, and then we most recently shortened it
19    to four.
20         Q    Okay.  Did you shorten it to four
21    because you were tracking some data again?
22         A    Correct.
23         Q    Where does that data live?
24         A    On the lease applications.
25         Q    Okay.  What does it look like?  What
```

```
 1      does it say?
 2          A    We have a section specifically marked
 3      for evictions, and, basically, it'll say, yes
 4      or no.  If they check yes, then you have to
 5      enter the amount one through -- and I think
 6      seven-plus is the last one.
 7               Then we put the timeframe on there, so
 8      I think it goes zero to one, one to two, two to
 9      four, four to five, something like that.  Then
10      the last one is seven-plus, which means seven
11      or more years ago.
12          Q    If you wanted to print out that data,
13      is that something you could do?
14          A    Yeah.  We'd have to print it out per
15      each applicant, so it'd be a ton of work; but,
16      yeah.
17          Q    When you say, "You looked at the
18      data," what does that mean then?
19          A    It's a ton of work.  What we do is we
20      look at all of our current residents, how
21      they're performing, and we can line up another
22      report with their individual lease applications
23      with everything marked.  Then we can look and
24      say, if they're performing well, then this is a
25      trend here we see, or we don't see a trend or,
```

```
 1        kind of, stay as is.
 2             Q    Okay.  It's something created with bar
 3        graphs, pie graphs?  Is this something that is
 4        presented, those findings, in a meeting?
 5             A    Yes, it's a pretty large undertaking
 6        we usually do at the beginning of the year; so,
 7        yeah.
 8             Q    Did you save those performance metrics
 9        from 2022?
10             A    The ones from last year, I think we
11        had them saved, I believe so.
12             Q    Where would those be saved?
13             A    I believe I have a copy.  I'm pretty
14        sure.  I don't think I would've deleted it.
15        Our director should have a copy, and our CEO, I
16        would imagine, has a copy.  I would've believe
17        he shared it with his partners as well, but I'm
18        not a 100 percent positive.
19             Q    Has anything similar been done for
20        2023 yet?
21             A    No.  We will start that in Q1 of 2024.
22             Q    Okay.  Is there a similar performance
23        metric for 2021?
24             A    Yes.  We actually lumped that all
25        together with 2022.
```