UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERICKA M. BYRD, KEMONE BROOKS, QUANTEZ MOORE and EARNESTINE LAWSON, on behalf of themselves and on behalf of other who are similarly situated,

      Plaintiff(s),

vs.                                       CASE NO.: 3:23-CV-266-WWB-JBT

JWB PROPERTY MANAGEMENT, LLC and JWB REAL ESTATE CAPITAL, LLC,

      Defendant(s).
_____/

## MEDIATOR'S REPORT

The parties held a mediation conference on August 6, 2024, and the results of that conference are indicated below:

**1. Attendance**

The following participants attended the mediation conference:

☐ lead counsel

☒ the parties or a party's surrogate satisfactory to the mediator

☐ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____
_____
_____
_____

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

☒ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐ The parties have reached an impasse.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 7, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/EFC system which will send a notice of electronic filing to Suzanne Garrow, Esq., Esquire, Jacksonville Area Legal Aid, Inc., 126 W Adams St Jacksonville, FL 32202-3849; and Michael Piccolo, Esq., Esquire, Lowndes Drosdick, 215 N Eola Dr Orlando, FL 32801-2028.

Respectfully submitted:

*/s/ Terrance E. Schmidt*
Terrance E. Schmidt, Esq
Florida Bar No. 165042
Office: 904.398.1818
Email: terry@tesmediation.com