UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERICKA M. BYRD, et al.,

      Plaintiffs,

v.                                           CASE NO. 3:23-cv-266-WWB-SJH

JWB PROPERTY MANAGEMENT,
LLC, et al.

      Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Compel ("Motion") Doc. 50. The Court takes the Motion under advisement and finds that a hearing on the Motion is appropriate.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 50**) is **TAKEN UNDER ADVISEMENT**.

2. A hearing on the Motion is hereby scheduled to take place before the Court on **August 23, 2024, at 1:00 p.m.** The hearing will be conducted by video teleconferencing using Zoom. The Courtroom Deputy will separately send participants the link. Information on how others can observe the proceeding can be found on the Court's website, www.flmd.uscourts.gov.

3. Participants and observers should dress in suitable attire and appear in front of an appropriate professional background. Recording, broadcasting,

transmitting, or photographing any part of the proceedings is strictly prohibited. *See* Local Rule 5.01.

4. Counsel for Plaintiffs and counsel for Defendants shall confer in good faith in person, by videoconference, or by telephone about the issues raised in the Motion, making every reasonable effort to resolve or narrow the outstanding issues prior to the hearing.

5. On or before **August 19, 2024**, Plaintiffs shall file a nonargumentative notice certifying the manner of such conferral and identifying for each issue raised in the Motion, whether such issue has been resolved, narrowed (and if so, how), or remains for the Court's consideration.

6. On or before **August 20, 2024**, Defendants shall file a response setting forth their position on each remaining issue that the parties have not resolved.

**DONE AND ORDERED** at Jacksonville, Florida, on August 13, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record