# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Jacksonville Division

**ERICKA M. BYRD, KEMONE BROOKS,
QUANTEZ MOORE, and
EARNESTINE LAWSON, on behalf of
themselves and on behalf of others
who are similarly situated,**  Case No.: 3:23-cv-00266-WWB-SJH
**Plaintiffs**

v.

**JWB PROPERTY MANAGEMENT, LLC and
JWB REAL ESTATE CAPITAL, LLC
    Defendants.**

## NOTICE OF FILING SUPPLEMENTAL EXHIBIT

Per Local Rule of the Middle District of Florida 3.01 Plaintiffs file this Notice and attached Exhibit.

(1) Attached are portions of the Deposition of former Leasing Agent Kelly Johnson and Exhibit 20 to her deposition.

(2) The relevant portions are on pages 4-9 which authenticate and identify the document and page 3 internal "Salesforce" system entry dated August 11, 2022, from AJ Fuller to @Kelly Johnson which supplement Exhibit 2 cited on page 3 of Plaintiffs' pending motion and show that Defendants deny tenancy based on LT alerts that show up on SafeRent reports.

(3) In response to a phone inquiry from Plaintiff Brooks about her sealed eviction with Duval County Court A.J. Fuller told Ms. Johnson as follows. "Let them know if it shows up on SafeRent we will not move forward and their app fee will not be refunded."

Dated: August 22, 2024     RESPECTFULLY SUBMITTED,
     **JACKSONVILLE AREA LEGAL AID, INC.**

By:     */s/ Suzanne Garrow*
Suzanne Garrow *(Lead Counsel)*
Fla. Bar No.: 122184
Jacksonville Area Legal Aid
126 West Adams Street
Jacksonville, FL 32202
(904) 356-8371 Ext. 374
suzanne.garrow@jaxleglalaid.org

*/s/ Adam Thoresen*
Adam Thoresen
Fla. Bar No.: 57675
Jacksonville Area Legal Aid
126 West Adams Street
Jacksonville, FL 32202
(904) 356-8371 Ext. 202
adam.thoresen@jaxleglalaid.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Suzanne Garrow*
Attorney for Plaintiffs

```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   Jacksonville Division


ERICKA M. BYRD,              CASE NO.: 3:23-CV-266
KEMONE BROOKS,
QUANTEZ MOORE, and
EARNESTINE LAWSON, on behalf of
themselves and on behalf of
others who are similarly situated,

     Plaintiffs.

v.

JWB PROPERTY MANAGEMENT, LLC, and
JWB REAL ESTATE CAPITAL,

     Defendants.
_____/
```

**DEPOSITION OF KELLY JOHNSON**

DATE:         Thursday, October 26, 2023

TIME:         10:00 a.m. - 1:56 p.m.

PLACE:        Zoom videoconference


       Examination of the witness taken by:
          Mark Chitty, Court Reporter



             FIRST COAST COURT REPORTERS
                2442 ATLANTIC BOULEVARD
       JACKSONVILLE, FLORIDA  32207 (904)396-1050

```
 1                    A P P E A R A N C E S

 2

 3     SUZANNE GARROW, Esquire

 4          Jacksonville Area Legal Aid
            126 West Adams Street, Suite 101
 5          Jacksonville, Florida 32202
            (904)356-8371
 6          suzanne.garrow@jaxlegalaid.org

 7          For the Plaintiffs.

 8

 9     MICHAEL D. PICCOLO, Esquire

10          Lowndes, Drosdick, Doster, Kantor & Reed
            Post Office 2809
11          Orlando, Florida 32802
            (407)843-4600
12          michael.piccolo@lowndes-law.com

13          For the Defendants.

14

15     Additional Appearances:

16

17     Isaiah James, Assistant to Ms. Garrow.

18

19

20

21

22

23

24

25
```



Lead

+ Follow | Log Leasing Call | Quick Showing | Send App Form | Collect App Fee | Run Credit Check | Create Lease Application | Email Available Homes

Phone (2) ▼ (904) 480-87...

Email kemone19@gmail.co...

Lead Owner Kelly Johns...

New | Showing Set | Showing At... | Application... | Document ... | Application... | Application... | Follow Up | Lost | Converted

Mark Status as Complete

**Chatter** | Details | Application | Credit Checks | SMS/Notes | Audit Trail | Accounting

Post

Share an update... Share

Sort by:
Most Recent Activity ▼

Search this feed...

Kelly Johnson (/lightning/r/005f2000006yRXgAAM/view) to JWB Real Estate Companies Only
August 12, 2022 at 3:19 PM (/lightning/r/0D54w0000B4EypUCQS/view)

@AJ Fuller (/lightning/r/005f200000AfikZAAR/view) unlock BC for me please repaid app fee

Like Comment

Write a comment...

Manny Coreas (/lightning/r/0054w00000B90dkAAB/view) to JWB Real Estate Companies Only
August 11, 2022 at 2:09 PM (/lightning/r/0D54w0000B4ETI2CQO/view)

@Kelly Johnson (/lightning/r/005f2000006yRXgAAM/view) @AJ Fuller (/lightning/r/005f200000AfikZAAR/view) Person just called in saying their eviction filing was removed/dismissed. I don't see it in CORE.

2 comments 5 views

Like Comment

Manny Coreas (/lightning/r/0054w00000B90dkAAB/view)
a year ago
@AJ Fuller (/lightning/r/005f200000AfikZAAR/view) This person called in again asking about moving forward since their eviction filing was supposedly sealed or removed from the courts.
Like

AJ Fuller (/lightning/r/005f200000AfikZAAR/view)
a year ago
@Kelly Johnson (/lightning/r/005f2000006yRXgAAM/view) feel free to call them when you can. Let them know if it shows up on saferent we will not move forward and their app fee will not be refundable.
Like

Write a comment...

Robert Haggins (/lightning/r/0054w00000B77TnAAJ/view) to JWB Real Estate Companies Only
July 23, 2022 at 12:54 PM (/lightning/r/0D54w0000AwhmHuCQI/view)

@Kelly Johnson (/lightning/r/005f2000006yRXgAAM/view) @AJ Fuller (/lightning/r/005f200000AfikZAAR/view) I added a letter that was sent to Rigel in my attention. It appears that that this is your prospect. Can you move forward?

5 comments 11 views

Like Comment

AJ Fuller (/lightning/r/005f200000AfikZAAR/view)
a year ago

Notes | History | Tech Support | Recent Items

JWB 00002

1       A    Can you scroll up a little bit for me?
2    I apologize.
3       Q    Okay.
4       A    That's better.  Thank you.
5            (Examining documents.)  Yes, ma'am.
6    I'm finished.
7       Q    Is it your understanding that JWB
8    takes into account all these factors?
9       A    Yes, ma'am.
10      Q    Do you know who sets the criteria at
11   JWB?
12      A    No, ma'am.
13      Q    You don't know who?
14      A    It's a collaborative effort of
15   higher-ups, so I don't know exactly who.  No,
16   ma'am.
17      Q    Do you know which higher-ups are part
18   of the collaboration?
19      A    No, ma'am.
20      Q    Okay.  Showing you 20 to your
21   deposition.  This Tab was produced by JWB in
22   discovery, 1 through 17.
23           **(Plaintiffs' Exhibit No. 20 was**
24      **identified for the record.)**
25   BY MS. GARROW:

1        Q    If you could just explain to me, on
2    this first page, what I'm looking at.
3        A    Can you scroll a little bit to the
4    left for me, please?  I'm sorry.  Then scroll
5    back up.
6        Q    It doesn't go up any further.
7        A    There it goes.
8        Q    Let's see if I can make it bigger.
9        A    No, I wanted it smaller because I
10   wanted to see it.  I'm sorry.
11       Q    Oh, no, I appreciate it.
12       A    Okay.  I like this better.  Perfect.
13   Okay.  This would be what we would consider an
14   audit trail.  This shows history of things that
15   have happened on the file.
16            If you look at number five, they left
17   a voicemail.  They were interested in
18   completing the application for a specific
19   property.  Like, here, it says, Red Flag, they
20   reach 10 plus showings.
21            Once a prospect hits a certain amount
22   of showings, we want them to complete an
23   application with us.  That's why that's there.
24   There's an update, so it looks like everything
25   was in the file.  We just need to make sure

```
 1      that there is something that was completed.
 2      The appointment before that was documenting.
 3              These are just things that are
 4      happening in the file.  These would be
 5      quote/unquote "notes" in the file of what's
 6      happening.  So the audit trail is what that
 7      would be.
 8          Q   All right.  And so is there more
 9      information available when you click on any of
10      these?  Are these links, or is this just an
11      overview?
12          A   An overview.
13          Q   Okay.  What about these additional
14      pages?  Are they somehow related to that audit
15      trail?
16          A   So quote/unquote, what's called a
17      "chatter" is like an instant message.  When you
18      put, like, @kellyjohnson, it would be, like, at
19      me.  That's how you instant message somebody
20      and send a message to that direct person.
21              These are just messages to myself.
22      And then it says, like, "@ajfuller."  That
23      would be my supervisor.  So messages between
24      looks like myself and AJ about the file.
25          Q   Are there multiple people on instant
```

1           Q    Tell me what else is going on here
2      that we haven't discussed.
3                MR. PICCOLO:  Object to form.
4           A    It looks like AJ and Robert are
5      talking about a letter from a lawyer.
6      BY MS. GARROW:
7           Q    Can you tell by looking at that
8      section where the conversation is if this was
9      just sent to @aj, or if it was sent to leasing?
10          A    This is @aj.  There's no leasing
11     involved in this.
12          Q    Would it actually say leasing?
13          A    Yes, ma'am.
14          Q    In this next screen, there's August
15     11th and August 12th entries.
16          A    Uh-huh (affirmative response).
17          Q    It looks like it says @kelly and @aj.
18     So were you on that communication?
19          A    Uh-huh (affirmative response).  Yes.
20          Q    And who it -- it looks like Manny?
21          A    Correct.  Manny is a current employee
22     of JWB.  He's also a leasing agent.
23          Q    Okay.  So what is this communication
24     from -- on August 11th from Manny to you and
25     Mr. Fuller?

 1         A    It's letting us know that the eviction
 2    filing was removed and dismissed from Core.
 3              They're trying to still move forward,
 4    even though the eviction filing was dismissed,
 5    but the denial has nothing to do with the
 6    eviction filing.  Denial has to do with their
 7    overall credit health check.
 8         Q    But you don't make that decision,
 9    correct?
10         A    Correct.  That's over with the
11    underwriter.
12         Q    All right.  And so is there something
13    here that tells you in these communications
14    what the denial was based on?
15         A    @kellyjohnson from AJ, "feel free to
16    call and let them know."
17         Q    I'm sorry.  I'm going to stop you.
18         A    Oh, I'm sorry.
19         Q    Where are you reading?
20         A    Oh, I apologize.  It's under the
21    Manny.  So if you see where Manny chatted, it
22    says, @kelly, @aj.  Then Manny responded to
23    @aj.  Then AJ responded @kelly.  So the very
24    last communication at the top, he responded
25    @kelly.

```
 1              Q    Okay.  And so what are you -- on the
 2      top, "Unlock VC for me.  Please repay App fee,"
 3      or what are we looking at?
 4                   Just read for me what I'm supposed to
 5      be looking at.
 6              A    Oh, so you're at the top, "Unlock VC
 7      for me, please."  Okay.  Go down from there.
 8      Then it says, @kellyjohnson, "Feel free to call
 9      when you can.  Let them know it shows up on the
10      SafeRent.  We will not move forward, and the
11      App fee will not be refunded."
12              Q    Okay.  All right.  So that was your
13      communication to AJ or vice versa?
14              A    AJ to me.
15              Q    Okay.  So you understood from this
16      that if --
17              A    Not move forward.
18              Q    That it would not move forward if the
19      eviction shows up on SafeRent.  Is that
20      correct?
21                   MR. PICCOLO:  Object to form.
22              A    Correct.  But the denial had nothing
23      to do with the eviction. It has to do with the
24      overall health of the credit.
25      BY MS. GARROW:
```