UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ERICA M. BYRD, et al.,**

    **Plaintiffs,**

**v.**                                                           Case No.   3:23-cv-266-WWB-SJH

**JWB PROPERTY MANAGEMENT,
LLC, et al.,**

    **Defendants.**

| **Counsel for Plaintiff** | Susan Garrow, Esquire |
| | Adam Thoresen, Esquire |
| **Counsel for Defendants** | Michael David Piccolo, Esquire |

| **JUDGE** | Samuel J. Horovitz<br>U. S. Magistrate Judge | **DATE AND TIME** | 8/23/2024<br>1:02 p.m. – 1:45 p.m.<br>Recess<br>2:16 p.m. – 2:32 p.m. |
|---|---|---|---|
| **DEPUTY CLERK** | Tracee Perrotti | **TAPE/REPORTER** | None present |

CLERK'S MINUTES

**PROCEEDINGS:**        HEARING ON MOTION (Doc. 50)

The parties are present by Zoom Video Conference.

The Court heard arguments from the parties.

Plaintiffs' Motion to Compel (Doc. 50) is **granted** to the extent stated on the record.

Joint oral motion by the parties to extend the deadline for moving for class certification in the Case Management and Scheduling Order is **granted.**

**Order to enter.**