**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ERICKA M. BYRD, KEMONE BROOKS, QUANTEZ MOORE, and EARNESTINE LAWSON, on behalf of themselves and on behalf of others who are similarly situated,

        Plaintiffs,        Case No. 3:23-cv-00266-WWB-SJH

v.

JWB PROPERTY MANAGEMENT, LLC and JWB REAL ESTATE CAPITAL, LLC,

        Defendants.
_____/

### PLAINTIFFS' AND DEFENDANTS' JOINT STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)

The named individual Plaintiffs, Ericka Byrd, Kemone Brooks, Quantez Moore, and Earnestine Lawson, and Defendants, JWB Property Management, LLC and JWB Real Estate Capital, LLC, by and through their respective undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action with prejudice. The parties shall bear their own respective attorneys' fees and costs incurred in prosecuting/defending this action.

1

Dated: November 18, 2024

| | |
|---|---|
| **JACKSONVILLE AREA LEGAL AID, INC.** | **LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.** |
| */s/ Adam C. Thoresen* | *Michael D. Piccolo* |
| Adam C. Thoresen, Esq. | Michael D. Piccolo, Esq. |
| Florida Bar No. 57675 | Florida Bar No. 1003505 |
| Suzanne Garrow, Esq. | Rebecca E. Rhoden, Esq. |
| Florida Bar No. 122184 | 215 North Eola Drive |
| 126 West Adams Street | Orlando, Florida 32802-2809 |
| Jacksonville, FL 32202 | Tel: (407) 843-4600 |
| (904) 903-4471 | michael.piccolo@lowndes-law.com |
| (904) 224-1587 fax | rebecca.rhoden@lowndes-law.com |
| adam.thoresen@jaxlegalaid.org | tina.althoff@lowndes-law.com |
| suzanne.garrow@jaxlegalaid.org | litcontrol@lowndes-law.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |