**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ERICKA M. BYRD, KEMONE BROOKS,
QUANTEZ MOORE and EARNESTINE
LAWSON,

        Plaintiffs,

v.                                              Case No.: 3:23-cv-266-WWB-SJH

JWB PROPERTY MANAGEMENT,
LLC. and JWB REAL ESTATE
CAPITAL, LLC,

        Defendants.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal (Doc. 60), filed November 18, 2024.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on November 19, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record